[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 6, 2006
THOMAS K. KAHN
CLERK

No. 06-12327

_____

D. C. Docket No. 02-00100 CV-HTW-1

ELAINE WRIGHT,

Plaintiff-Appellant,

versus

METROPOLITAN LIFE INSURANCE COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

**(December 6, 2006)**

Before ANDERSON and BARKETT, Circuit Judges, and GOLDBERG,* Judge.

_____

*Honorable Richard W. Goldberg, Judge, United States Court of International Trade, sitting by
designation.

PER CURIAM:

After oral argument and careful consideration, we conclude that the judgment of the district court is due to be affirmed for the reasons discussed at oral argument.

AFFIRMED.